NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: SHEIKHA LATEEFAH ALSABAH,**
*Appellant*

---

2015-1264

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 29/234,717.

---

## JUDGMENT

---

DAVID E. DOUGHERTY, Hauptman Ham, LLP, Alexandria, VA, argued for appellant. Also represented by SEAN A. PASSINO.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MARY L. KELLY, JAMIE LYNNE SIMPSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>October 16, 2015</u>      <u>/s/ Daniel E. O'Toole</u>
Date                Daniel E. O'Toole
                    Clerk of Court